832 A.2d 1013

**Paul BRANDON, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION
PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Sept. 26, 2003.

*ORDER*

PER CURIAM.

**AND NOW,** this 26th day of September, 2003, probable jurisdiction is noted and the order appealed is affirmed.

832 A.2d 1013

**Horace E. BUTCHER, III, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION
PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Sept. 26, 2003.

*ORDER*

PER CURIAM.

**AND NOW,** this 26th day of September, 2003, probable jurisdiction is noted and the order appealed is affirmed.